

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00124-CR

**JEFFREY TODD BLACKBURN,**

                                      **Appellant**

 v.

**THE STATE OF TEXAS,**

                                      **Appellee**

### From the County Court at Law
### Walker County, Texas
### Trial Court No. 13-0194

## O R D E R

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 30 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 45 days of the date of this Order.  *See id*.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed September 4, 2014

